# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD STARWOOD

NO. 2024 KW 0135

**APRIL 4, 2024**

---

In Re:   Ronald Starwood, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-04461.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court is proceeding toward disposition of this matter.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT